IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JASON BRADLEY THOMAS, #14285-003, :

    Plaintiff, :

vs. : CIVIL ACTION 16-0555-WS-M

BALDWIN COUNTY CORRECTIONS :
CENTER, *et al.*,
:
    Defendants.

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that, prior to service of process, the FTCA claim be dismissed without prejudice for lack of subject matter jurisdiction; the deprivation-of-property claims and the denial-of-access-to-courts claim be dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and the equal protection claim be dismissed with prejudice for failure to state a claim upon which can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). It is further **ORDERED** that this action be **CLOSED.**

    DONE this 15th day of June, 2017.

                                    s/WILLIAM H. STEELE
                                    UNITED STATES DISTRICT JUDGE