IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JASON BRADLEY THOMAS,#14285-003,: :

    Plaintiff, :

vs. : CIVIL ACTION 16-0555-WS-M

BALDWIN COUNTY CORRECTIONS :
CENTER, *et al.*,
: 

    Defendants.

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that the FTCA claim be dismissed without prejudice for lack of subject matter jurisdiction; the deprivation-of-property claims and the denial-of-access-to-courts claim be dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and the equal protection claim be dismissed with prejudice for failure to state a claim upon which can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE this 15th day of June, 2017.

                                      s/WILLIAM H. STEELE
                                      UNITED STATES DISTRICT JUDGE